1 LOURDES G. BAIRD
   United States Attorney
2 LEON W. WEIDMAN
   Assistant United States Attorney
3 Chief, Civil Division
   ALVAN M. JOFFE
4 ASSISTANT UNITED STATES ATTORNEY
      312 NORTH SPRING STREET
5   LOS ANGELES, CA 90012
      213-894-2470
6 Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 1992

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

7                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
8

UNITED STATES OF AMERICA,          COURT NO: CV 92A20581
9                Plaintiff,

10       v.                         DEFAULT JUDGMENT

11 MARK WAYNE HACKMAN

12       Defendant.

ENTERED
CLERK, U.S. DISTRICT COURT

AUG 27 1992

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

13

14       In the above-entitled action, an affidavit on behalf of the

15 plaintiff satisfying the requirements of Rule 55 having been

16 filed;

17       IT IS ADJUDGED that the United States of America, plaintiff,

18 do have and recover of and from MARK WAYNE HACKMAN the sum of

19 $11,800.00 as principal, $3,911.49 as accrued prejudgment

20 interest, $227.00 administrative charges, a surcharge of

21 $1,596.40 and $25.50 costs, for a total amount of $17,560.39

22 plus interest at the current rate until entry of judgment.

23       Judgment to accrue interest at the legal rate until paid.

24       DATED; AUG 27 1992

25                              LEONARD A. BROSNAN, CLERK
                                U.S. District Court
26                              Central District of California

27                              By: _____
                                     Deputy Clerk
28